IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZANNE LAVENDER,<br>          Plaintiff,<br><br>     v.<br><br>CAPITAL ONE BANK USA, N.A., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANSUNION LLC,<br>          Defendants. | CIVIL ACTION<br><br><br><br>NO. 21-4739 |

# O R D E R

AND NOW, this 24th day of May, 2022, it is **ORDERED** that the above captioned case against Defendants **Equifax Information Services, LLC, and Transunion, LLC** is **DISMISSED** with prejudice for lack of prosecution for failure to comply with the answer due letter dated April 6, 2022.

                                                                BY THE COURT:


                                                                /s/Wendy Beetlestone, J.
                                                                _____
                                                                **WENDY BEETLESTONE, J.**