UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZANNE LAVENDER,<br><br>        Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK USA, N.A.;<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant. | Case No.: 2:21-cv-04739<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT CAPITAL ONE BANK USA, N.A.** |

NOW COME Plaintiff, Suzanne Lavender, and Defendant, CapitalOne Bank USA N.A., by their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulation and agree that this matter shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: May 18th, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/ Christopher A. Reese*<br>Christopher A. Reese<br>Stradley Ronon Stevens & Young, LLP<br>457 Haddonfield Road Suite 100<br>Cherry Hill, NJ 08002<br>856-321-2408<br>Fax: 856-321-2415<br>Email: creese@stradley.com<br>*Attorney for Defendant Capital One Bank USA, N.A..* | */s/ Daniel Zemel*<br>Daniel Zemel, Esq.<br>Zemel Law LLC<br>660 Broadway<br>Paterson, NJ 07514<br>(862) 227-3106<br>dz@zemellawllc.com<br>*Attorney for Plaintiff Suzanne Lavender* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18th, 2023, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

*/s/ Daniel Zemel*
Daniel Zemel, Esq.