IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUZANNE LAVENDER,**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,**<br>　　　　**Defendants.** | **NO.  21-4739** |

## ORDER

**AND NOW**, this 30th day of May, 2023, upon consideration of Plaintiff's Motion for Partial Summary Judgment (ECF Nos. 30, 38) and Defendant Experian Information Solutions, Inc.'s ("Experian") response thereto (ECF No. 34) as well as Defendant Experian's Motion for Summary Judgment (ECF Nos. 31, 39) and Plaintiff's response thereto (ECF No. 37), **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Partial Summary Judgment is **DENIED**.

2. Defendant's Motion for Summary Judgment is **GRANTED**.

The Clerk of Court is directed to terminate the case.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**